USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
    UNITED STATES OF AMERICA,       :
                                                       :
            -against-                    :                     18-CR-563 (VEC)
                                                       :
    MARK GOODHOPE,                       :                         ORDER
                                                       :
                                Defendant.      :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on September 17, 2021, the parties appeared for a hearing on Mr. Goodhope's alleged violations of the conditions of his supervised release;

       WHEREAS Mr. Goodhope pled not guilty to the specifications;

       WHEREAS the Court modified the conditions of Mr. Goodhope's supervised release including by imposing a condition of home detention with electronic monitoring for a period of 10 weeks, Dkt. 57; and

       WHEREAS on November 19, 2021, Probation provided the Court with an update and reported that Mr. Goodhope was in full compliance with the conditions of his supervised release.

       IT IS HEREBY ORDERED that the status conference, currently scheduled for Wednesday, December 1, 2021 at 10:30 A.M., is adjourned to **Thursday, March 3, 2022 at 10:00 A.M.** The conference will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

       IT IS FURTHER ORDERED that the special condition of home detention with electronic monitoring is removed and that Probation Office must submit a status report to the Court and to the parties by no later than **Friday, February 18, 2022**. The status report must include the results of any drug tests.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Additionally, any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

**SO ORDERED.**

Date:  November 23, 2021
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**