USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/17/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,  :
                                                                          :
          -against-                                :           18-CR-563 (VEC)
                                                                  :
MARK GOODHOPE,                           :           <u>ORDER</u>
                                                                    :
                             Defendant.      :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on September 17, 2021, the parties appeared for a hearing on Mr. Goodhope's alleged violations of the conditions of his supervised release;

        WHEREAS Mr. Goodhope pled not guilty to the specifications;

        WHEREAS on February 17, 2022, Probation provided the Court with an update and reported that Mr. Goodhope was in full compliance with the conditions of his supervised release.

        IT IS HEREBY ORDERED that the status conference, currently scheduled for Thursday, March 3, 2022 at 10:00 A.M., is adjourned to **Thursday, June 2, 2022 at 11:00 A.M.** The conference will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

        IT IS FURTHER ORDERED that the Probation Office must submit a status report to the Court and to the parties by no later than **Thursday, May 19, 2022**. The status report must include whether Mr. Goodhope is employed and if not, whether he is making efforts to get a job.

        IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Additionally, any person who appears

at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

**SO ORDERED.**

**Date:  February 17, 2022**
       **New York, NY**

                                **VALERIE CAPRONI**
                                **United States District Judge**