```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X
   UNITED STATES OF AMERICA,

        -against-

                                               18-CR-563 (VEC)

   MARK GOODHOPE,                                ORDER
   a/k/a "Akie,"

                     Defendant.
--------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 12, 2023, Probation reported that it believes that Mr. Goodhope violated the conditions of his supervised release.

IT IS HEREBY ORDERED that a hearing will be held on **Friday, September 15, 2023, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

**Date: September 13, 2023**
      **New York, NY**

                                                        **VALERIE CAPRONI**
                                                        **United States District Judge**