```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,

    -against-

               18-CR-563 (VEC)

MARK GOODHOPE,
a/k/a "Akie,"

               ORDER

                      Defendant.
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS a violation hearing in this matter is currently scheduled for Friday, September 15, 2023, at 2:30 P.M.; and

WHEREAS on September 14, 2023, defense counsel for Mr. Goodhope informed the Court that she is unavailable on September 15, 2023.

IT IS HEREBY ORDERED that the violation hearing in this matter is ADJOURNED to **Wednesday, September 20, 2023, at 11:15 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date:  September 14, 2023
         New York, NY

                                            **VALERIE CAPRONI**
                                            **United States District Judge**