```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/15/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,                  :
                                           :
         -against-                         :
                                           :     18-CR-563 (VEC)
                                           :
MARK GOODHOPE,                             :     ORDER
a/k/a "Akie,"                              :
                                           :
                         Defendant.        :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS a violation hearing in this matter is currently scheduled for September 20, 2023; and

WHEREAS on September 14, 2023, Probation informed the Court that it was unavailable on September 20, 2023.

IT IS HEREBY ORDERED that the violation hearing in this matter will be held on **Tuesday, September 19, 2023, at 11:15 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date:  September 15, 2023
       New York, NY

                                        _____
                                        **VALERIE CAPRONI**
                                        **United States District Judge**