USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/19/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA,

-against-

MARK GOODHOPE,
a/k/a "Akie,"

Defendant.

------------------------------------------------------------ X

18-CR-563 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared before the Undersigned for a violation of supervised release hearing on September 19, 2023.

IT IS HEREBY ORDERED that Mr. Goodhope must reside at a Bureau of Prisons Residential Reentry Center ("RRC") pending resolution of this matter. In addition to other absences approved by the RRC, Mr. Goodhope is permitted to leave the RRC in order to seek employment (and for employment if he secures a job).

IT IS FURTHER ORDERED that, pending the availability of a bed in an RRC, Mr. Goodhope is placed on home detention at the home of his aunt, the previously-approved residence for him. The Defendant will be subject to location monitoring pending resolution of this matter and must abide by all technology requirements, to be determined at the discretion of the Probation Department. Mr. Goodhope must pay all or part of the costs of participation in the location monitoring program as directed by the Court and the Probation Officer. Mr. Goodhope is restricted to his residence at all times except for employment, education, religious services, attorney visits, Court appearances, and Court-ordered obligations, as well as treatment for medical, substance use, or mental health issues and other activities as preapproved by Probation.

IT IS FURTHER ORDERED that Mr. Goodhope's supervised release is subject to the added special condition that he participate in a domestic violence treatment program as approved by Probation.

IT IS FURTHER ORDERED that Mr. Goodhope is to have no contact with Elsie Colachagua pending resolution of the violation of supervised release charges.

IT IS FURTHER ORDERED that the parties must appear for a status conference on **Wednesday, October 25, 2023, at 10:30 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  Not later than **October 18, 2023**, the parties and Probation are ordered to submit a joint status update.

**SO ORDERED.**

Date:  September 19, 2023
      New York, NY

                                            VALERIE CAPRONI
                                            United States District Judge