```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
  UNITED STATES OF AMERICA,                                  :
                                                             :
          -against-                                          :
                                                             :   18-CR-563 (VEC)
  MARK GOODHOPE,                                             :
  a/k/a "Akie,"                                              :       ORDER
                                                             :
                                      Defendant.             :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/10/2023

VALERIE CAPRONI, United States District Judge:

WHEREAS a status conference in this matter is currently scheduled for Wednesday, October 25, 2023, at 10:30 A.M.; and

WHEREAS this time is no longer convenient for the Court.

IT IS HEREBY ORDERED that the status conference is ADJOURNED to **Wednesday, October 25, 2023, at 3:00 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

**Date: October 10, 2023**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**