USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/25/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA,

    -against-

                                                  18-CR-563 (VEC)

MARK GOODHOPE,                            ORDER
a/k/a "Akie,"

                          Defendant.

------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared before the Undersigned for a status conference.

IT IS HEREBY ORDERED that a status conference in this matter will be held on **Monday, November 27, 2023, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  Not later than **November 20, 2023**, the parties must work with Probation to submit a status report.

IT IS FURTHER ORDERED that Mr. Goodhope must reside at a Bureau of Prisons Residential Reentry Center through December 31, 2023.

**SO ORDERED.**

**Date:  October 25, 2023**
        **New York, NY**

                                                      **VALERIE CAPRONI**
                                                      **United States District Judge**