```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/27/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
    UNITED STATES OF AMERICA,          :

           -against-                         :          18-CR-563 (VEC)

    MARK GOODHOPE,                   :
    a/k/a "Akie,"                           :          ORDER

                             Defendant.    :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

       WHEREAS the parties appeared before the Undersigned for a status conference on November 27, 2023;

       IT IS HEREBY ORDERED that for the reasons stated on the record at today's proceedings, Mr. Goodhope is discharged from the Bureau of Prisons Residential Reentry Center effective immediately.

       IT IS FURTHER ORDERED that the parties must appear for a status conference on **Monday, December 18, at 11:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  Not later than **Thursday, December 14, 2023**, the parties and Probation are ordered to submit a joint status update.

**SO ORDERED.**

Date:  November 27, 2023                          _____
         New York, NY                                 **VALERIE CAPRONI**
                                                      **United States District Judge**