```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
   UNITED STATES OF AMERICA,           :

        -against-                                    :

                                                 :          18-CR-563 (VEC)

   MARK GOODHOPE,                    :          <u>ORDER</u>
   a/k/a "Akie,"                           :

                        Defendant.   :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties are currently scheduled to appear for a status conference on Monday, December 18, 2023, at 11:00 A.M. (the "Conference"); *see* Order, Dkt. 85;

WHEREAS Mr. Goodhope's term of supervised release is set to expire on Friday, December 22, 2023;

WHEREAS on December 15, 2023, Defense counsel requested, with Probation's consent, a modification of Mr. Goodhope's conditions of supervised release from home detention to a curfew, *see* Letter, Dkt. 90; and

WHEREAS on December 15, 2023, the parties asked to adjourn the Conference and to impose Mr. Goodhope's conditions of supervised release as bail conditions, *see id.*;

IT IS HEREBY ORDERED that the Conference is ADJOURNED until **Tuesday, January 30, 2024, at 11:00 A.M.** Not later than **Thursday, January 25, 2024**, the parties and Probation must file a **joint** status update.

IT IS FURTHER ORDERED that Mr. Goodhope's conditions of supervised release are modified from home detention to a curfew.

IT IS FURTHER ORDERED that Mr. Goodhope's conditions of supervised release are imposed as bail conditions.

SO ORDERED.

Date: December 18, 2023
New York, NY

_____
VALERIE CAPRONI
United States District Judge