USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/20/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA,

    -against-

             18-CR-563 (VEC)

MARK GOODHOPE,
a/k/a "Akie,"

             ORDER

                      Defendant.
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties are currently scheduled to appear for a status conference on Friday, February 23, 2024; and

WHEREAS on February 20, 2024, Probation requested to adjourn the conference.

IT IS HEREBY ORDERED that the Conference is ADJOURNED until **Wednesday, February 28, 2024, at 11:00 A.M.**  The conference will be held in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date: February 20, 2024
      New York, NY

                                              **VALERIE CAPRONI**
                                              **United States District Judge**