USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/28/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,

 -against-

 18-CR-563 (VEC)

MARK GOODHOPE, ORDER
a/k/a "Akie,"

                                            Defendant.
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared before the Undersigned for a status conference on February 28, 2024.

IT IS HEREBY ORDERED that a status conference in this matter will be held on **Monday, April 15, 2024, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  Not later than **April 10, 2024**, the parties must work with Probation to submit a status report.

**SO ORDERED.**

Date: February 28, 2024
      New York, NY

                                                      _____
                                                      **VALERIE CAPRONI**
                                                      **United States District Judge**