```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/15/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,                         :
                                                  :
       -against-                                :
                                                  :   18-CR-563 (VEC)
MARK GOODHOPE,                                    :
a/k/a "Akie,"                                     :   ORDER
                                                  :
                                     Defendant.    :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS the parties appeared before the Undersigned for a status conference on April 15, 2024.

      IT IS HEREBY ORDERED that the parties must work with Probation to submit a status update by **May 9, 2024**.

      IT IS FURTHER ORDERED that the conditions of Mr. Goodhope's release are modified (a) to include the requirement that he perform at least 15 hours of verifiable community service per week until he has verifiable full-time employment, (b) to change home detention to a curfew to be set by Probation, and (c) to include location monitoring technology at the discretion of the Probation Officer. The selected form of location monitoring technology must be utilized to monitor the following restriction on Mr. Goodhope's movement in the community as well as other court-imposed conditions of release: Mr. Goodhope is restricted to his residence every day from 8:00 p.m. to 8:00 a.m., or as directed by the supervising officer.

**SO ORDERED.**

**Date:  April 15, 2024**
      **New York, NY**

                                          _____
                                          **VALERIE CAPRONI**
                                          **United States District Judge**