```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/09/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA,

    -against-

MARK GOODHOPE,
a/k/a "Akie,"

                     Defendant.

------------------------------------------------------------ X

18-CR-563 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    IT IS HEREBY ORDERED that a conference in this matter will be held on **Thursday, July 11, 2024, at 10:30 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date: July 9, 2024
      New York, NY

                                      **VALERIE CAPRONI**
                                      **United States District Judge**