UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/2024

------------------------------------------------------------- X

UNITED STATES OF AMERICA,       :

                       :

     -against-             :        18-CR-563 (VEC)

                       :

MARK GOODHOPE,          :        ORDER

                       :

             Defendant.    :

------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS a status conference in this matter was scheduled for Tuesday, July 16, 2024, at 10:15 A.M.; and

WHEREAS Mr. Goodhope failed to appear at the conference;

IT IS HEREBY ORDERED that the conference originally scheduled for Tuesday, July 16, 2024, at 10:15 A.M. is adjourned to **Tuesday, July 16, 2024, at 3:30 P.M.** The conference will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Date:  July 16, 2024**
     **New York, NY**

_____
        **VALERIE CAPRONI**
        **United States District Judge**