USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/17/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X

UNITED STATES OF AMERICA,                    :
                                             :
        -against-                            :        18-CR-563 (VEC)
                                             :
MARK GOODHOPE,                               :        ORDER
                                             :
                            Defendant.        :

--------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that a conference in this matter will be held on **Wednesday, August 7, 2024, at 2:30 P.M**. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

IT IS FURTHER ORDERED that the parties must work with Probation to submit a status update by **August 2, 2024**.  If, in the status update, the parties and Probation report that Mr. Goodhope has secured employment, the August 7, 2024, conference will be adjourned.

**SO ORDERED.**

_____

**Date:  July 17, 2024**                                **VALERIE CAPRONI**
       **New York, NY**                                 **United States District Judge**